UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Henry J. DiGiacomo, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:17-CV-10324-GAO |
| | * |
| David Shulkin et al | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

July 19, 2017

O'Toole, D.J.

Pursuant to FCRP 4(m) and Local Rule 4.1(b) stating that this action will be dismissed in twenty-one days unless proof of service is filed [8] , this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge